# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Adam Hageman; Dane Vander Voort; and Paul Primrose,<br><br>Plaintiffs,<br><br>v.<br><br>Minnesota Department of Corrections; Shannon Reimann, Warden; Paul Schnell, Commissioner; Michelle Smith; John Kelly, C.P.D.; Anthony Piertzak; Randall Bergmann, Education Director; Callie Ho, Administrative Assistant; Austin Neese, Director of Professional Accountability; C. Menne, Lieutenant; and April Johnson,<br><br>Defendants. | Civ. No. 21-2096 (JRT/BRT)<br><br>**ORDER** |

On February 14, 2022, Defendants filed a motion requesting an extension of time to respond to Plaintiffs' Complaint and pending motion for preliminary injunction. (Doc. No. 51.) The Court granted the extension on February 15, 2022. (Doc. No. 57.) On February 22, 2022, Plaintiffs filed a "Motion to Deny Defendants Motion for Extension of Deadline" opposing the extension, a week after the Court had already granted the extension. (Doc. No. 58.) Because the Court has already granted Defendants' extension request, and nothing in Plaintiffs' motion changes the Court's decision, Plaintiffs' motion opposing Defendants' request is moot. Accordingly, Plaintiffs' "Motion to Deny Defendants Motion for Extension of Deadline" (Doc. No. 58) is **DENIED AS MOOT**.

**SO ORDERED.**

Dated: May 4, 2022                                         <u>*s/ Becky R. Thorson*</u>
                                                          BECKY R. THORSON
                                                          United States Magistrate Judge