UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Adam Hageman; Dane Vander Voort; and Paul Primrose,<br><br>Plaintiffs,<br><br>v.<br><br>Minnesota Department of Corrections; Shannon Reimann, Warden; Paul Schnell, Commissioner; Michelle Smith; John Kelly, C.P.D.; Anthony Piertzak; Randall Bergmann, Education Director; Callie Ho, Administrative Assistant; Austin Neese, Director of Professional Accountability; C. Menne, Lieutenant; and April Johnson,<br><br>Defendants. | Civ. No. 21-2096 (JRT/BRT)<br><br>**ORDER** |

This matter is before the Court on Defendants' Motion to Stay Discovery (Doc. No. 89.) As background, on March 28, 2022, Defendants filed a motion to dismiss, which is currently pending before the Court. (Doc. No. 69.) Since then, on April 1, 2022, Plaintiffs filed a motion to compel Defendants to produce discovery. (Doc. No. 81.) The Court has not yet ruled on Plaintiffs' motion to compel. Defendants now ask the Court to stay discovery until the Court has ruled on Defendants' motion to dismiss. As of the date of this Order, Plaintiffs have not objected to Defendants' motion to stay discovery.

Based on the file, and all the records and submissions therein, the Court finds Defendants' motion to stay discovery reasonable and supported by good cause. Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Stay Discovery (Doc. No. 89) is **GRANTED**; and

2. Discovery in this matter is hereby stayed, and shall remain stayed, pending a decision of the District Court on Defendants' pending motion to dismiss.

Dated: May 4, 2022                              *s/ Becky R. Thorson*
                                                                               BECKY R. THORSON
                                                                               United States Magistrate Judge